1  COLLINSON LAW
   A Professional Corporation
2  Laura E. Inlow, State Bar No. 130584
     E-mail: inlow@collinsonlaw.net
3  21515 Hawthorne Blvd., Suite 800
   Torrance, California 90503
4  Telephone: (424) 212-7777
   Facsimile: (424) 212-7757
5
   Attorneys for Defendants, COUNTY OF LOS ANGELES, SERGIO FLORES and
6  THOMAS ANDERSON

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10 JOSHUA SHAPIRO,                        CASE NO.: CV12-06852 JAK (JEM)

                      Plaintiff,          ORDER ON STIPULATION FOR
11        v.                              PROTECTIVE
                                          ORDER REGARDING DISCLOSURE
12 DEPUTY SHERIFF, THOMAS                 OF LAW ENFORCEMENT
   ANDERSON, in his individual            PERSONNEL RECORDS AND
13 capacity, COUNTY OF LOS                RELATED DOCUMENTS
   ANGELES SHERIFF'S
14 DEPARTMENT; SGT. SERGIO
   FLORES, in his individual capacity,
15                                        Action Filed:  August 16, 2012
                      Defendants.         Trial Date:  None Set
16

17                        **ORDER**

18        **PURSUANT** to the stipulation of the parties, and good cause appearing

19

20 there for, the following Protective Order is ordered by the Court.

21

22        Defendants shall produce the following documents:

23

24        1.    Redacted, if necessary to protect non-parties and other privileged and

25

26 confidential information, copies of all records or reports filed, pending, completed,

27 and/or otherwise made in connection with incident involving plaintiff on January

28                                        -1-

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

1, 2012, or a declaration of the custodian of records that no such documents exist. The names and other personal identifying information as to any law enforcement personnel other than employees of defendants shall be redacted from such report prior to production.

2.     Redacted copies of the Personnel Files of defendants as may be ordered by the Court following the appropriate motion by plaintiff and an *in camera* review by the Court.

IT IS FURTHER ORDERED:

1.     Plaintiff shall not convey, transfer, publish, distribute, copy, duplicate, or disseminate the records so produced, or information from such records so produced, except as may be reasonably necessary for the prosecution of this litigation by communicating with investigators, consultants and experts retained on behalf of the plaintiff in this matter.

2.     Prior to dissemination of any confidential material produced pursuant to this order to investigators, consultants or experts retained on behalf of plaintiff, plaintiff shall inform such persons of the terms and conditions of the order and secure such person's agreement, *in writing*, to be bound by it.

3.     Copies of any records produced to plaintiff pursuant to this order shall be distinctively marked, provided that such marking does not obscure or obliterate the content of any record and may be stamped with the following language:

ORDER ON STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF LAW
ENFORCEMENT PERSONNEL RECORDS AND RELATED DOCUMENTS

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

"CONFIDENTIAL – UNLAWFUL TO DUPLICATE".

4.      In the event of dissemination of any confidential materials produced pursuant to this order, copies of said materials must also bear the following language:

"CONFIDENTIAL – UNLAWFUL TO DUPLICATE".

5.      Upon final conclusion of the present litigation, *all copies* (by whomever made) of materials ordered disclosed pursuant to this order shall be returned to counsel for defendants, who will then return them to the appropriate authorities of the Los Angeles County Sheriff's Department or shall destroy said documents, at defendants' option.

6.      This Stipulation shall not preclude plaintiff from presenting any and all evidence at trial, subject to all available and legitimate trial objections, and shall not preclude; limit and/or interfere with the plaintiff's rights to any and all further discovery.

7.      Copies of the records and information contained therein produced pursuant to this order shall not be used for any other purpose than in connection with this litigation.

8.      In the event any party deems it necessary to file copies or a portion of copies of any documents covered by the Stipulation, all parties agree to meet and confer prior to filing such documents to reach an agreement or seek the court's ruling, if necessary, as to whether such documents (s) shall be lodged under seal.

ORDER ON STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF LAW
ENFORCEMENT PERSONNEL RECORDS AND RELATED DOCUMENTS

COLLINSON LAW
A PROFESSIONAL CORPORATION
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

9.    In the event anyone shall violate or threaten to violate any terms of

this Stipulation, the aggrieved party may immediately apply to obtain injunctive

relief and other sanctions to this court against any such person violating or

threatening to violate any of the terms of this Stipulation. This Court shall retain

jurisdiction over the parties and any other persons subject to the terms of this

Stipulation for the purpose of enforcing it. The Court shall have the power to

impose whether penalties it deems appropriate for the violation of said Stipulation,

including, but not limited, monetary and judicial sanctions and contempt.

10.    The stipulated protective order shall survive the final termination of

this action, to the extent that the information or documents disclosed remains

confidential and does not become known to the public, and the court shall retain

jurisdiction to resolve any dispute concerning the use of the information or

documents disclosed herein.

11.    All personal indentifying information shall be redacted without waiver

to any party's rights to subsequently seek disclosure of such redacted information

for good cause shown.

IT IS SO ORDERED.

DATED:  March 11, 2015

_____
    Honorable John E. McDermott
    United States Magistrate Judge

-4-

ORDER ON STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF LAW
ENFORCEMENT PERSONNEL RECORDS AND RELATED DOCUMENTS