JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA B. SHAPIRO,<br><br>           Plaintiff,<br><br>     v.<br><br>DEPUTY SHERIFF<br>THOMAS ANDERSON, et al.,<br><br>           Defendants. | Case No. CV 12-06852-JAK (JEM)<br><br>**J U D G M E N T** |

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 26, 2016

                                         JOHN A. KRONSTADT<br>                                         UNITED STATES DISTRICT JUDGE